# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WARREN, Individually, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: **RS** |
| CITY OF SANTA CRUZ, et. al. | E-filing  C08-01311  |

TO: (Name and address of defendant)

CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,

Santa Cruz City Clerk  
809 Center Street, Room 9  
Santa Cruz, CA 95060

Santa Cruz Chief of Police Howard Skerry  
155 Center Street  
Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Haddad, Haddad & Sherwin, 505 Seventeenth Street, Oakland, CA 94612; Tel: (510) 452-5500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking  
CLERK

MAR - 6 2008  
DATE

KELLY COLLINS  
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure