1  George J. Kovacevich, SBN 48125
Barbara H. Choi, SBN 156088
2  **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
3  333 Church Street
Santa Cruz, California  95060
4  Telephone:  (831) 423-8383
Facsimile:  (831) 423-9401
5

6  Attorneys for Defendants
CITY OF SANTA CRUZ and SANTA
CRUZ CHIEF OF POLICE HOWARD SKERRY
7

8                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
LARRY WARREN, Individually,              CASE NO. **C08-01311-RS**
12
          Plaintiff,                      **DECLINATION TO PROCEED
13                                        BEFORE A MAGISTRATE JUDGE AND
          vs.                             REQUEST FOR REASSIGNMENT TO A
14                                        UNITED STATES DISTRICT JUDGE**
CITY OF SANTA CRUZ, a public entity,
15  SANTA CRUZ CHIEF OF POLICE
HOWARD SKERRY, in his individual and
16  official capacities, and DOES 1 through 10,
Jointly and Severally,
17
          Defendants.
18

19

20       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21       The undersigned party hereby declines to consent to the assignment of this case to a

22  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

23  this case to a United States District Judge.

24                                        ATCHISON, BARISONE, CONDOTTI &
                                          KOVACEVICH
25

26  Dated:  April 2, 2008        By:  _____/S/_____
                                          GEORGE J. KOVACEVICH
27                                        Attorneys for Defendants
                                          CITY OF SANTA CRUZ and SANTA
28                                        CRUZ CHIEF OF POLICE HOWARD
                                          SKERRY