1  George J. Kovacevich, SBN 48125
   Barbara H. Choi, SBN 156088
2  **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
   A Professional Corporation
3  333 Church Street
   Santa Cruz, California  95060
4  Telephone:  (831) 423-8383
   Facsimile:  (831) 423-9401
5  Email: bchoi@abc-law.com

6  Attorneys for Defendants
   CITY OF SANTA CRUZ and SANTA
7  CRUZ CHIEF OF POLICE HOWARD SKERRY

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  LARRY WARREN, Individually, | CASE NO. **C08-01311-JW** |
| 13       Plaintiff, | STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE; ORDER |
| 14       vs. | |
| 15  CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE | |
| 16  HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, | |
| 17  Jointly and Severally, | |
| 18       Defendants. | |

20       IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel, that defendants shall have an extension of time to answer or otherwise respond to the complaint in this action until July 30, 2008.  Good cause exists for this continuance to allow this Court to rule on plaintiff's counsel's anticipated Motion to Withdraw as Counsel of Record, and to allow Plaintiff sufficient time to obtain new counsel. The parties also request that this Court consider this continuance in scheduling the Initial Case Management Conference and ADR Deadlines.

       The attorneys of record for the parties are in accord with the above terms of this Stipulation as acknowledged hereafter by their signatures, and have requested the Court to enter

1 | this Stipulation and Order.

3 | Dated: May 6, 2008          ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

By:          /s/
BARBARA H. CHOI, Attorney for
Defendants CITY OF SANTA CRUZ and SANTA
CRUZ CHIEF OF POLICE HOWARD SKERRY

Dated: May 6, 2008          HADDAD & SHERWIN

By:          /s/
MICHAEL J. HADDAD, Attorney for Plaintiff
LARRY WARREN

I, Barbara H. Choi, hereby attest that the faxed signature of Michael J. Haddad is affixed to the original of this document and that said original document is located in the Offices of Atchison, Barisone, Condotti & Kovacevich, 333 Church Street, Santa Cruz, CA 95060.

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: May 6, 2008          By:          /s/
BARBARA H. CHOI

O R D E R

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED. The Court also will prepare an Order Setting Initial Case Management Conference and ADR Deadlines consistent with granting this extension until July 30, 2008 to respond to the complaint.

Dated: _____          _____
Honorable James Ware
United States District Court Judge