MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WARREN, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | No. C08-01311-JW<br><br>**DECLARATION OF LARRY WARREN SUPPORTING HIS ATTORNEYS' MOTION TO WITHDRAW**<br><br>Date: June 23, 2008<br>Time: 9:00 am<br>Hon. James Ware |

### DECLARATION OF PLAINTIFF LARRY WARREN

I, LARRY WARREN, am competent to testify in a court of law and if asked to testify, I would say the following based upon my personal knowledge:

1. I am the Plaintiff in this case.

2. I have been informed by my attorneys, Haddad & Sherwin, that they must withdraw as my attorneys in this matter. I have also been informed of the reasons why my current counsel are moving to withdraw as my attorneys.

3. I consent to the withdraw of Haddad & Sherwin as my attorneys.

No. C08-01311-JW: DECLARATION OF LARRY WARREN                                                    1

4.     I agree to appear *in pro per* as my own attorney until I can retain new counsel.

5.     I can be served at the following address:  Larry Warren, 2990 Soquel Ave., Santa Cruz, CA  95062.

I affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>April 21, 2008</u>                                        /s/_____
DATE                                                           LARRY WARREN

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.  Dated: May 10, 2008.*

                                                                  /s/_____
                                                                         MICHAEL J. HADDAD

No. C08-01311-JW:  DECLARATION OF LARRY WARREN                                            2