1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WARREN, Individually, | No. C08-01311-JW |
| Plaintiff, | |
| vs. | **(PROPOSED) ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL** |
| CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally, | Date: June 23, 2008<br>Time: 9:00 am<br>Hon. James Ware |
| Defendants. | |

No. C08-01311-JW: (PROPOSED) ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL

1

THIS COURT, having duly considered the motion filed by Plaintiff's counsel to withdraw in this matter with supporting papers including the Declaration of Plaintiff Larry Warren who has agreed to this withdrawal and to appear in pro per at this time, having heard from the parties as necessary, and being familiar with the court record in this matter,

IT IS HEREBY ORDERED THAT:

1. The motion to withdraw as Plaintiff's counsel of record filed by Haddad & Sherwin, Michael J. Haddad, and Julia Sherwin is hereby GRANTED;

2. Plaintiff Larry Warren will appear *in pro per* in this matter, and Plaintiff has until _____ to retain new counsel if he wishes, during which time Defendants' deadline to file a responsive pleading and all discovery in this matter is hereby stayed.

_____         _____
DATE                                          THE HONORABLE JAMES WARE
                                              UNITED STATES DISTRICT JUDGE