1 | JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
2 | LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
Oakland, California 94621
4 | Telephone: (510) 839-5200
Facsimile: (510) 839-3882

5 | Attorneys for Plaintiffs

6 | MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
7 | HADDAD & SHERWIN
505 Seventeenth Street
8 | Oakland, California 94612
Telephone: (510) 452-5500
9 | Fax: (510) 452-5510

10 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et. al., | **Related Case No. C-04-4843 MHP** |
| Plaintiffs, | Hon. Marilyn Hall Patel |
| vs. | |
| CITY OF OAKLAND, et. al., | **NOTICE OF UNAVAILABILITY OF COUNSEL FOR ANY PURPOSE** |
| Defendants, | |
| _AND ALL RELATED CASES_ | |
| JIMMY RIDER,    (Case No. C-05-3204 MHP) | |
| Plaintiff, | |
| vs. | |
| CITY OF OAKLAND, et. al., | |
| Defendants, | |
| DARNELL FOSTER AND CLASS MEMBERS, et. al., | |
| Plaintiffs, | |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants, | |
| (Case No. 3:05-cv-3110 MHP) | |

Related Case No. C-04-4843 MHP:  NOTICE OF UNAVAILABILITY OF COUNSEL

1 | *JOINT CAPTION CONTINUED ON NEXT PAGE* )
2 | )
3 | TYRONE MOORE, et al., )
4 |         Plaintiffs, )
    vs. )
5 | )
6 | CITY OF OAKLAND, et. al. )
7 |         Defendants, )
8 | (Case No. C-06-2426 MHP) )
9 | )
10 | JEFFRIE MILLER, et. al., )
11 |         Plaintiffs, )
    vs. )
12 | CITY OF OAKLAND, et al., )
13 | )
14 |         Defendants. )
15 | (Case No. C-07-1773 MHP) )

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Please take notice, as Plaintiffs' counsel previously informed Defendants, that Plaintiffs' counsel, HADDAD & SHERWIN, will be out of the country, and unavailable for any purpose, from May 15, 2008, until June 4, 2008.

Dated: May 10, 2008                          HADDAD & SHERWIN

                                  By: ____/s/_____
                                        Julia Sherwin

Related Case No. C-04-4843 MHP: NOTICE OF UNAVAILABILITY OF COUNSEL