**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WARREN, Individually, | No. C08-01311-JW |
| Plaintiff, | |
| vs. | **(PROPOSED) ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL** |
| CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally, | Date: June 23, 2008<br>Time: 9:00 am<br>Hon. James Ware |
| Defendants. | |

   Presently before the Court is Haddad & Sherwin's ("HS") Motion to Withdraw as Counsel of Record for Plaintiff Larry Warren. (hereafter,"Motion,"Docket Item No. 11.)  The Court finds the motion appropriate for submission without oral argument. See Civ. L.R. 7-1(b).  Based on the papers submitted to date, the Court GRANTS Haddad & Sherwin's Motion to Withdraw as Counsel of Record.

   In a civil case, counsel may not withdraw from an action until relieved by order of the Court.  See Civ. L.R. 11-5.  Rule 3-700(C) of the California Rules of Professional Conduct provides that a lawyer may withdraw from representing a client where, among other things, (1) the client breaches an agreement with or obligation to the lawyer as to expenses or fees, or (2) other

1

1  conduct renders it unreasonably difficult for the lawyer to carry out the employment effectively.
2  Rule 3-700(C)(1)(d), (f).
3      In this case, counsel contends that,"irreconcilable differences exist between Plaintiff and his
4  counsel about fundamental matter"which have prevent effective representation. (Motion at 3.) In
5  addition, Plaintiff has filed a declaration consenting to the withdrawal of counsel. (See Docket
6  Item No. 13.) Based on HS'representation and supporting declarations and Plaintiff's consent, the
7
8  Court finds good cause to relieve HS as counsel of record for Plaintiff.
9      The Court stays all currently scheduled filing deadlines in the case for sixty (60) days to give
10 Plaintiff sufficient time to find substitute counsel. HS shall remain as counsel of record for sixty
11 (60) days for the purposes of receiving and providing legal documents until there is identification
12 of substitute counsel. On or before **August 18, 2008**, Plaintiff shall file a Notice of Identification
13 of Substitute Counsel or Notice of Self-Representation.
14
15     HS shall send a copy of this Order to Plaintiff and file the necessary certificate of service. In
16 light of this Order, the Court GRANTS the parties' Stipulation for Extension to Respond to
17 Complaint and Case Management Conference. (See Docket Item No. 10.) Defendants shall have
18 until **August 18, 2008** to respond to the Complaint. The Case Management Conference presently
19 set for June 30, 2008 is continued to **September 15, 2008 at 10 a.m.** The parties shall meet and
20 confer and file a Joint Case Management Statement on or before **September 5, 2008.**
21
22     The hearing on the Motion to Withdraw currently set for June 23, 2008 is VACATED.
23
24 Dated: June 18, 2008               _____
25                                      JAMES WARE
26                                      United States District Judge
27
28