MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WARREN, Individually, | No. C08-01311-JW |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| CITY OF SANTA CRUZ, a public entity, SANTA CRUZ CHIEF OF POLICE HOWARD SKERRY, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally, | |
| Defendants. | |

PROOF OF SERVICE                                                                                                     1

**PROOF OF SERVICE**
(FRCivP 5 and 28 USC §1746)

Re:   Larry Warren v. City of Santa Cruz, et al.
      No. C08-01311-JW

I declare that: I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 505 Seventeenth Street, Oakland, California 94612.

On June 18, 2008, I served the attached ORDER GRANTING MOTION FOR WITHDRAWAL OF PLAINTIFF'S COUNSEL on the Plaintiff in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, VIA U.S. MAIL, in Oakland, California, addressed as follows:

Larry Warren
2990 Soquel Ave.
Santa Cruz, CA  95062

I declare under penalty of perjury that the foregoing is true and correct and that on the date stated above, this declaration was executed at Oakland, California.

/s/_____
MICHAEL J. HADDAD

PROOF OF SERVICE                                                                    2