1  George J. Kovacevich, SBN 48125
   Barbara H. Choi, SBN 156088
2  **ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
   A Professional Corporation
3  333 Church Street
   Santa Cruz, CA 95060
4  Telephone:    (831) 423-8383
   Facsimile:    (831) 423-9401
5
   Attorneys for Defendants
6  CITY OF SANTA CRUZ and SANTA
   CRUZ CHIEF OF POLICE HOWARD SKERRY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LARRY WARREN, individually, | **CASE NO. C08-01311-JW** |
| 12            Plaintiff,<br>        vs. | |
| 13  CITY OF SANTA CRUZ, a public entity, | **PROOF OF SERVICE** |
| 14  SANTA CRUZ CHIEF OF POLICE<br>HOWARD SKERRY, in his individual and | |
| 15  official capacities, and DOES 1 through 10,<br>Jointly and Severally, | |
| 16            Defendants. | |

-1-
PROOF OF SERVICE

*Larry Warren v. City of Santa Cruz, et al.*
**United States District Court Case No. C08-01311-JW**

## PROOF OF SERVICE

I am employed in the County of Santa Cruz, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Church Street, Santa Cruz, California 95060.

On the date set forth below, I served the following document(s):

**ANSWER TO PLAINTIFF'S COMPLAINT BY DEFENDANTS CITY OF SANTA CRUZ AND CHIEF OF POLICE HOWARD SKERRY**

on the interested party(ies) to said action by the following means:

[✖] **(BY MAIL)** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of Atchison, Barisone, Condotti & Kovacevich, Santa Cruz, CA, addressed as shown below. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

[ ] **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof, from sending facsimile machine telephone number (831) 423-9401 to the following party(ies) at the receiving facsimile machine number(s) shown below. The transmission was completed, and the transmission report attached was properly issued by the transmitting facsimile machine.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Atchison, Barisone, Condotti & Kovacevich, to be delivered by Federal Express, to the address(es) shown below.

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2008, at Santa Cruz, California.

_____
JENNIFER PASQUINI

NAMES, ADDRESSES AND/OR FAX NUMBERS OF PARTIES SERVED:

Larry Warren
2990 Soquel Avenue
Santa Cruz, CA 95062